■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL SEBAR, Appellant.—Judgment of the County Court, Nassau County, rendered January 18, 1980, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Lazer, Cohalan and Weinstein, JJ., concur.